COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:    *In re Commitment Christopher Joseph Farro*

Appellate case number:    01-18-00164-CV

Trial court case number:    818810-0101Z

Trial court:              185th District Court of Harris County

       Appellant's motions for rehearing and en banc reconsideration are **DENIED**. *See* TEX. R. APP. P. 49.3. Any pending matters are dismissed as moot.

Judge's signature:      /s/ Russell Lloyd
                         Acting for the Court

En banc panel consists of Chief Justice Radack and Justices Keyes, Higley, Lloyd, Kelly, Goodman, Landau, Hightower, and Countiss.

Goodman, J., dissenting from denial of en banc reconsideration.

Date: <u>August 20, 2019</u>